IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00505-CMA-BNB

DAGOBERTO AGUILAR-RAMOS,

    Applicant,

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

This matter is before the Court *sua sponte*.

IT IS HEREBY **ORDERED** that on or before May 12, 2010, the Clerk of the Weld County District Court shall provide to this court the original written record, including transcripts, of Weld County Criminal Case Number 2002-cr-001418, *People v. Aguilar-Ramos*.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Weld County District Court by regular mail to Clerk of the Weld County District Court, Colorado.

DATED: April 27, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge